IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAMMY HURD, : 
    Plaintiff, :
v. : C.A. No.
DELAWARE STATE UNIVERSITY :
and DANDESON PANDA, individually :
and in his official capacity, :
    Defendants. :

## COMPLAINT

1. This action arises to remedy discrimination on the basis of sex and race in the terms, conditions, and privileges of her education under provisions of Title IX of the Education Amendments of 1972, and Title VI of the Civil Rights Act of 1964 and 42 U.S.C. §1983.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1331, 1337, 1343, 1367 and 42 U.S.C. § 2000(e)-5 (f)(3).

3. Venue lies in this judicial district since all acts alleged herein occurred within the District of Delaware.

## PARTIES

4. Plaintiff, Tammy Hurd, formerly Tammy Kent, is a 36 year-old white female citizen of the United States and currently resides in Kent County, Delaware.

5. Defendant, Delaware State University (hereinafter "DSU"), is a fully accredited, comprehensive university which receives federal and state funds with a main campus and two satellite sites that encompass six colleges and a diverse population of undergraduate and advanced degree students.

6. At all times relevant hereto, Defendant DSU has been an institution of higher

learning as defined in Title IX.

7. The defendants are justly and truly indebted unto Plaintiff for all sums reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, interest thereon from the date of judicial demand, and all such relief to which Plaintiff is entitled at law or in equity.

8. At all times relevant, Plaintiff was a student enrolled at and attending Delaware State University in Dover, Delaware.

9. At all times relevant, Defendant Panda was a professor of the Plaintiff and an employee and agent of DSU as a professor of marketing.

10. Beginning in September 2004 and continuing thereafter, Plaintiff was subject to the following acts by Defendant Panda:

    a. Upon receiving a phone call, asked her if she received a "booty call".

    b. Continually inquired about whom she was dating.

    c. Remarked that another student had something "big" for her referencing a male penis.

    d. Stated that if Plaintiff "hooked up" with him referencing sex, she would scream his name.

    e. Stated that Plaintiff would scream his name, "Panda, Panda" while having sex with her boyfriend.

    f. Told Plaintiff that a girl like her could get dick anywhere and men are dogs and she could get dick anywhere.

    g. That black men such as himself would "put a hurting" to her sexually referencing the size of his penis.

11. The above should not be considered all encompassing in quantity or circumstance.

12. At all times relevant, defendant DSU knew or should have known of the situation in Plaintiff's educational environment and acted with deliberate indifference to Plaintiff's rights. That the situation became so egregious, Plaintiff was forced to complain about Dr. Panda to the School Administration.

13. On March 21, 2005, Plaintiff wrote a letter to DSU President Allen Sessoms concerning the continuing sexual and racial harassment she was subject to. Copy of Letter and Certified Mail Receipt attached as Exhibit A.

14. Prior to the letter, Plaintiff informed Mark Farley, Vice President of Human Resources and Legislative Affairs about the environment.

15. On March 21, 2005, Plaintiff informed Farley that she would like to file a formal complaint concerning Defendant Panda. 3-21-05 Letter attached as Exhibit B.

16. Subsequent to Plaintiff's complaints, she received information that students were angry with her for filing the complaint responsible for getting Dr. Panda in trouble.

17. The information involved threats that a "white chick" had taken Dr. Panda down. 3-25-03 Email from Plaintiff to Farley attached as Exhibit C.

18. Plaintiff was never informed of any action taken against Defendant Panda despite consistent inquiries.

19. As a result of Defendants' actions, Plaintiff was ostracized, humiliated, and traumatized.

20. Following Defendants' action, Plaintiff's education was substantially delayed and she has not been able to complete her second degree at DSU.

21. Upon information and belief, DSU had received past complaints of Panda's

conduct with female students without taking any appropriate measures.

22. At all times relevant, the behavior of Defendant Panda was open, obvious, and pervasive and created a hostile education environment concerning race and sex.

## COUNT I - SEX DISCRIMINATION/SEXUAL HARASSMENT

23. Paragraphs 1 through 22 are hereby realleged and incorporated herein by reference as if fully set forth herein.

24. Such acts as described above by Defendant, its agents and employees, constitute unlawful sex discrimination and sexual harassment against Plaintiff in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 et. Seq.

25. As a direct and proximate result of Defendant's unlawful discrimination, in the nature of sexual harassment, by and through its agents and employees, Plaintiff has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety and other damages.

## COUNT II – RACIAL DISCRIMINATION/RACIAL HARASSMENT

26. Paragraphs 1 through 25 are hereby realleged and incorporated herein by reference as if fully set forth herein.

27. Such acts as described above by Defendants, its agents and employees, constitute unlawful racial discrimination and racial harassment against Plaintiff in violation of Title VI of the Civil Rights Act of 1964.

28. As a result of the Defendants' actions in the nature of racial harassment, by and through its agents and employees, Plaintiff has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety and other damages.

### COUNT III – VIOLATION OF DUE PROCESS- SECTION 1983

29. Paragraphs 1 through 28 are hereby realleged and incorporated herein by reference as if fully set forth herein reference as if fully set forth herein.

30. At all times pertinent, Plaintiff enjoyed clearly established rights to be free from sexual and racial harassment by defendants.

31. Said rights are clearly established pursuant to the 14th Amendment to the United States Constitution.

32. Defendant Panda's actions served to impair and denigrated Plaintiff's clearly established rights for which Defendants are liable pursuant to 42 U.S.C. §1983.

33. As a direct and proximate result of Defendant's unlawful discrimination, in the nature of racial harassment and discrimination, by and through its agents and employees, Plaintiff has been injured and has suffered and will continue to suffer pain, fear, humiliation, anxiety, depression, mental anguish, emotional distress, physical manifestation of anxiety and other damages.

**WHEREFORE**, Plaintiff Tammy Hurd demands judgment in her favor against Delaware State University and Dandeson Panda for compensatory damages, damages for emotional distress, damages for pain and suffering, special damages, medical expenses, costs of this action, Attorney's fees, expert fees, pre-judgment interest, post-judgment interest, and any other just and equitable relief as this Court deems proper.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. 4447
30 The Green
Dover, Delaware 19901
(302) 672-5600
*Attorney for Plaintiff*

Dated: February 22, 2007

# EXHIBIT A

258 North Old Mill Road
Dover, DE 19901
302-270-6684


Dr. Allen L. Sessoms
1200 North DuPont Highway
Dover, DE 19901
302-857-6001


Dear Dr. Sessoms,

    My name is Tammy Kent, I am currently enrolled at the Delaware State University as a senior. I am striving for my Bachelors in Management as well as Marketing. In the fall I hope to begin the Masters in Arts and Teaching program so that I can begin my career as a high school educator.

    I am writing in reference to an instructor at Delaware State. I am currently in Dr. Panda's International Marketing as well as his International Management class. Last semester I was enrolled in his Buyer Behavior class and that is when the first incidents occurred. I regretfully have to inform you that Dr. Panda is sexually as well as racially harassing me. Comments made by Dr. Panda are always in a sexual manner whether I am talking to him one on one or in front of others in the class. While attending a predominantly African-American college I feel that I am in an even more vulnerable position as I am Caucasian. I am easily targeted by much of the student body and do not want to put myself in the position of being targeted by the faculty as well.

    After much thought as well as the advice of other instructors at Delaware State University I scheduled an appointment with Mark Farley. I took the initiative to make the appointment so that someone at the University was aware of what was going on. After the meeting with Mr. Farley we both agreed that I would e-mail Dr. Panda and remind him that I was in need of his syllabus for his classes as well as to inform him that I was uncomfortable with his remarks towards me. Mr. Farley and I agreed that if it were to come from him, that it could subject me to some form of retaliation from Dr. Panda.

    I am now writing you because these incidents have become more and more frequent as well as uncomfortable. I am finding it hard to go to class for fear of another conversation with Dr. Panda in this manner. I see that this is also happening to other girls in his class and it concerns me as they are much younger than I am and are not as strong willed to defend themselves. I find it hard to defend myself as well, I know that Dr. Panda holds my grades in his hands, as he has made it very clear to all of us. I am also concerned, as I am to take another class by Dr. Panda in the fall. I know that I can not take another semester of this abuse by Dr. Panda.

    I would like to see this situation brought to an immediate stop. I am not sure what the best method to achieve this goal is, but it does need to stop. I have spoken to previous students of Dr. Panda's and have discovered that this happens more often than I expected. Dr. Panda should not be allowed to communicate to his students in this manner.

Sincerely,



Tammy Kent
Student



# EXHIBIT B

**From:** casinobrats@comcast.net
**To:** MarkFarley@desu.edu
**Subject:** Tammy Kent/Dr. Panada
**Date:** Mon, 21 Mar 2005 13:42:12 +0000

This is it

--
Tammy Kent
270-6684

-------------- Original message --------------

Please call me at 857-6269 and set up an appointment asap.

Mark Farley, J.D.
Vice President, Human Resources & Legislative Affairs

Notice: This email is intended only for use by the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

| casinobrats@comcast.net | To MarkFarley@desu.edu (Mark Farley) |
|---|---|
| 03/21/2005 07:07 AM | cc |
| | Subject Tammy Kent/Dr. Panada |

Mr. Farley,

I would like to file a formal complaint against Dr. Panda. Can you please tell me how I go about this?

--
Tammy Kent
270-6684

**Attachment 1:** Dr. Panda.doc (application/msword)

[ Back ]

# EXHIBIT C

Case 1:07-cv-00117-MPT    Document 1-4    Filed 02/26/2007    Page 1 of 2

**From:** casinobrats@comcast.net
**To:** MarkFarley@desu.edu (Mark Farley)
**Cc:** nviswanat@desu.edu,patrick.liverpool@desu.edu
**Subject:** Tammy Kent
**Date:** Fri, 25 Mar 2005 00:00:15 +0000

Mr. Farley,

I have been doing a lot of thinking about what I would like to do in order to continue my education. I am not comfortable coming back to school in the class room setting. In fact I am just plain scared and intimidated. I want to finish up this semester as an independent study in all of my classes. I am especially concerned about my night time class on Monday nights.

The word has already gotten around that a "white chick" has taken Dr. Panda down. Being the only white girl in two of his classes it is not going to be hard for them to figure out it is me and retaliate. I have heard from friends at school the gossip mill has started and that they are not happy. I also know that Dr. Panda's wife works at the library and this will now make the library uncomfortable for me as well.

After this semester I have one more class to take and I am finished with both of my degrees. I want to take that one over the summer as well as an independent study. I am comfortable with Dr. Nanda overseeing me in these classes.

I am not sure what has happened here with regards to Dr. Panda. Was he dismissed, put on suspension or relocated to another division? I know in my head that I did the right thing, as more stories are coming my way about girls that did sexual favors for Dr. Panda for their grade. However, emotionally I am torn up that I had to ruin a mans career. Like I said in my head he is the one that really did this, but I am a very thoughtful person in regards to all aspects of this issue.

Many thanks in regards to Dr. Liverpool, Dr. Nanda and yourself on your hard work on this issue. I am comforted in knowing that these girls are now going to be safe that he is not teaching right now.
--
Tammy Kent
270-6684


[ Back ]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAMMY HURD, :
:
    Plaintiff, :
:
v. : C.A. No.
:
DELAWARE STATE UNIVERSITY :
and DANDESON PANDA, individually :
and in his official capacity, :
:
    Defendants. :

### AFFIDAVIT OF VERIFICATION

STATE OF DELAWARE :
: SS
COUNTY OF KENT :

BE IT REMEMBERED, that on this 2nd day of February, A.D., 2007, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, TAMMY HURD, known to me personally to be such, who being duly sworn according to law, did depose and say that the foregoing is true and correct to the best of his knowledge and belief.

                                                */s/ Tammy Hurd*
                                                TAMMY HURD

SWORN TO AND SUBSCRIBED before me the day and year first above-written.

                                                */s/ Gwen S. Stubbs*
                                                Notary Public

                                                GWEN S. STUBBS
                                                NOTARY PUBLIC
                                                STATE OF DELAWARE
                                          COMMISSION EXPIRES 09/28/08

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Hurd, Tammy

## DEFENDANTS
Delaware State University and Dandeson Panda, individually and in his official capacity

**(b)** County of Residence of First Listed Plaintiff: Kent
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Kent
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Attorneys (If Known):
Marc S. Casarino
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. 1983
Brief description of cause: Discrimination on the basis of sex and race under provisions of Title IX and Title VI

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: 
DOCKET NUMBER: 

DATE: 2/22/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __07-117__



## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__2-28-07__
(Date forms issued)

_____
(Signature of Party or their Representative)

__Ronald G. Poliquin, Esquire__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Docket No. __2__

Date Filed __2/27/07__

Please Sign & Return