**IN THE DISTRICT COURT OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 07-117 *** |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Richard R. Wier, Jr., P.A. on behalf of DANDESON

PANDA  in the above captioned case.

**RICHARD R. WIER, JR., P.A.**

_Richard R. W/_.

Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302) 888-3222

**IN THE DISTRICT COURT OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 07-117 |
| | : |
| DELAWARE STATE UNIVERSITY | : |
| and DANDESON PANDA, individually | : |
| and in his official capacity, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., hereby certify that on this $\underline{12^{th}}$ day of April, 2007 have caused

two true and correct copies of the attached Entry of Appearance to be served BY MAIL on:

Ronald G. Poliquin, Esq.
Young, Malenberg & Howard, P.A.
30 The Green
Dover, DE 19901

Mark Casarino
White Williams
824 Met St # 902
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

Richard R. Wier, Jr. (#716)
1220 Market Street, Suite 600
Wilmington, DE 19801
(302) 888-3222