IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S ANSWER TO DEFENDANT PANDA'S MOTION TO DISMISS

**NOW COMES,** the Plaintiff, Tammy Hurd, who moves this Court, to deny the Motion to Dismiss concerning the allegations of hostile work environment under Title IX.

The grounds for this motion are set forth in the Opening Brief which was previously filed in support of this answer.

**WHEREFORE,** Plaintiff Hurd prays this Court deny defendant's motion and issue an order consistent with such.

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*

DATED: May 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DELAWARE STATE UNIVERSITY : <br> and DANDESON PANDA, individually : <br> and in his official capacity, : <br> : <br> Defendants. : | C.A. No. 07-117 |

## ORDER

**IT IS ORDERED** on this ___ day of _____ 2007, that the Court having considered Defendant Panda's Motion to Dismiss and the Plaintiff's Answer concerning the allegations of hostile work environment under Title IX,

**IT IS HEREBY ORDERED** that Defendant Panda's Motion to Dismiss is denied.

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-117 |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and DANDESON PANDA, individually : | |
| and in his official capacity, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I certify that on this 30th day of May 2007, I caused to be served two (2) copies of

Plaintiff's Answer to Defendant Dandeson's Motion to Dismiss on the following parties via

United States Mail, postage prepaid:

Richard R. Wier, Jr.
Law Offices of Richard R. Weir, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE  19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*