IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-117-*** |
| : | |
| DELAWARE STATE UNIVERSITY and : | |
| DANDESON PANDA, individually and in : | |
| his official capacity, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **4th** day of **June, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, June 12, 2007 at 8:00 a.m.** with Magistrate Judge Thynge. The purpose of the teleconference is to finish the scheduling order and to confirm whether the parties will consent to the jurisdiction of the Magistrate Judge for all purposes and whether the parties desire court-assisted mediation. **Mark Casarino, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE