IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : | |
| Defendants. | : | |

## NOTICE OF JURY TRIAL DEMANDED

**NOW COMES,** Plaintiff in the above matter, demand a jury trial against Defendants.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*

Dated: June 6, 2007