IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD,<br><br>    Plaintiff,<br><br>v.<br><br>DELAWARE STATE UNIVERSITY<br>and DANDESON PANDA, individually<br>and in his official capacity,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   C.A. No.: 07-117-NA<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT STIPULATION

Now come Plaintiffs, by and through counsel, who, with the Stipulation of the Defendant are respectfully requesting that The Honorable Mary Pat Thynge handle this case as the trial judge and for all other purposes.

This Stipulation is presented to the Court by both the counsel for the Plaintiff and counsel for the Defendants.

**YOUNG, MALMBERG & HOWARD**

/s/Ronald George Poliquin
Ronald George Poliquin (#4447)
30 The Green
Dover, DE 19901
(302)672-5600
*Attorney for Plaintiff*

**RICHARD R. WIER, JR., P.A.**

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
*Attorney for Defendant - Dandeson Panda*

**WHITE & WILLIAMS, LLP**

/s/ Marc Stephen Casarino
Marc Stephen Casarino (#3613)
824 North Market Street - Suite 902
PO Box 709
Wilmington, DE 19899-0709
(302)467-4520
*Attorney for Defendant - Delaware State University*

SO ORDERED this _____ day of June, 2007.

_____
Honorable Mary Pat Thygne