IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-117-MPT |
| | : | |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : : : | |
| | : | |
| Defendants. | : | |

## AMENDED SCHEDULING ORDER

At Wilmington this **26th** day of **June, 2007**.

IT IS ORDERED that ¶ 9 of the Scheduling Order dated June 26, 2007 (DI 18) is hereby amended as follows:

9. <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 30, 2008. Briefing will be presented pursuant to the Court's Local Rules.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE