IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-117-MPT |
| | : |
| DELAWARE STATE UNIVERSITY | : |
| and DANDESON PANDA, individually | : |
| and in his official capacity, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire, do hereby certify that on this 27th day of June, 2007, two (2) copies of the foregoing ***Rule 26(a)(1) Disclosures by Defendant Delaware State University*** were served upon the following via First Class mail, postage prepaid:

Ronald G. Poliquin, Esquire  
Young, Malmberg & Howard, P.A.  
30 The Green  
Dover, DE 19901

Richard R. Wier, Jr., Esquire  
Two Mill Road, Suite 200  
Wilmington, DE 19806

Under penalty of perjury, I declare that the foregoing is true and accurate.

Marc S. Casarino (#3613)