IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD,<br><br>      Plaintiff,<br><br>v.<br><br>DELAWARE STATE UNIVERSITY<br>and DANDESON PANDA, individually<br>and in his official capacity,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:   C.A. No.: 07-117<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT PANDA'S RULE 26 DISCLOSURES**

DANDESON PANDA ("Panda") hereby provides the initial disclosures required by Fed. R. Civ. P. 26(a)(1). These disclosures are based on information reasonably available to Panda as of the date these disclosures are served. Panda reserves the right to supplement these disclosures pending additional investigation and discovery and as permitted by Fed. R. Civ. P. 26(e).

    A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    RESPONSE: At this time:

    Dandeson Panda
    Allen Sessoms
    Mark Farley

    B.    A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of the party and that the disclosing party may use to support the disclosing party's claims or defenses, unless solely for impeachment:

RESPONSE: At this time Defendant Panda is not in possession of any documents responsive to this question.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying, as under Rule 34 the documents or other evidentiary material not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE:

Not applicable.

D. For inspection and copying, as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

RESPONSE:

At this time Defendant Panda is unaware of any insurance agreements that may be applicable to this action.

RICHARD R. WIER, JR., P.A.

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222

IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2007 that I served the Plaintiff, TAMMY HURD the attached RULE 26 DISCLOSURES by ELECTRONIC FILING on:

Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Marc Stephen Casarino, Esq.
Whit & Williams, LLP
824 Market Street - suite 902
Wilmington, DE 19899-0709

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Attorney for Plaintiff
Dandeson Panda