IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAMMY HURD, :
:
    Plaintiff, :
:
v. : C.A. No. 07-117
:
DELAWARE STATE UNIVERSITY :
and DANDESON PANDA, individually :
and in his official capacity, :
:
    Defendants. :

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July 2007, I caused to be served one (1) copy of the foregoing Rule 26(a)(1) Disclosure Requirements by the Plaintiff on the following parties via United States Mail, postage prepaid:

Richard R. Wier, Jr.
Law Offices of Richard R. Weir, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*