IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
|     Plaintiff, | : |
|     v. | :    C.A. No. 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
|     Defendants. | : |

## CERTIFICATE OF SERVICE

I certify that on this 20th day of September 2007, I caused to be served one (1) copy of the foregoing Plaintiff's First Request for Production of Documents Directed to Delaware State University on the following party via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

                              YOUNG, MALMBERG & HOWARD, P.A.

                              /s/ Ronald G. Poliquin
                              Ronald G. Poliquin, Esquire
                              30 The Green
                              Dover, DE 19901
                              Supreme Court I.D. 4447
                              302-672-5600
                              *Attorney for Plaintiff*