IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
|     Plaintiff, | : |
| v. | :   C.A. No. 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
|     Defendants. | : |

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of September 2007, I caused to be served one (1) copy of the foregoing Plaintiff's First Set of Interrogatories Directed to Delaware State University on the following party via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

                YOUNG, MALMBERG & HOWARD, P.A.

                /s/ Ronald G. Poliquin
                Ronald G. Poliquin, Esquire
                30 The Green
                Dover, DE 19901
                Supreme Court I.D. 4447
                302-672-5600
                *Attorney for Plaintiff*