Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600
Fax: (302) 674-0549

September 24, 2007

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 8
Wilmington, DE 19801

  RE: **Hurd v. Delaware State University and Dandeson Panda**
     **C.A. No. 07-117-MPT**

Dear Judge Thynge:

  This letter is being submitted on behalf of all parties and shall constitute the Interim Status Report requirement located in paragraph seven (7) of the June 26, 2007 Scheduling Order. Currently, there are outstanding discovery requests including interrogatories and request for production of documents that the Plaintiff has submitted to Defendant Delaware State University. In addition, Plaintiff's Counsel is in the process of scheduling depositions of Dandeson Panda, Allen Sessoms, and Mark Farley.

  In addition, Counsel is still awaiting the Court's decision concerning Defendant Dandeson Panda's Motion to Dismiss. Plaintiff concedes certain arguments in Defendant Panda's motion, such as Defendant Panda cannot be held personally liable under Title IX and Title VI and punitive damages are not available under Title IX and Title VI. To a certain degree, any settlement discussion will be limited until that time and until completion of discovery by both sides. I hope this satisfies the Court's requirement for an Interim Status Report. All parties will be prepared to discuss the above issues further at the Status Conference scheduled for October 2, 2007.

Respectfully Submitted,

/s/ Ronald G. Poliquin

Ronald G. Poliquin, Esquire
RGP/gss