### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-117 |
| | : |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

**TO:**   Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Two Mill Road
Suite 200
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Dandeson Panda on November 9, 2007 at 11:00 am at the law firm of Richard R. Wier, Jr., P.A., Two Mill Road, Suite 200, Wilmington, DE 19806.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated:  September 26, 2007
cc:   Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A. No. 07-117 |
| | : |
| DELAWARE STATE UNIVERSITY | : |
| and DANDESON PANDA, individually | : |
| and in his official capacity, | : |
| | : |
| Defendants. | : |

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on this 26th day of September 2007, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following parties via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Weir, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

                                      **YOUNG, MALMBERG & HOWARD, P.A.**

                                      /s/ Ronald G. Poliquin
                                      Ronald G. Poliquin, Esquire
                                      30 The Green
                                      Dover, DE  19901
                                      Supreme Court I.D. 4447
                                      302-672-5600
                                      *Attorney for Plaintiff*