IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2007 that I served Defendant Panda's first Set of Interrogatories and Defendant Panda's First Set of Request for Production of Documents on the Plaintiff, by FIRST CLASS MAIL on:

Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Marc Stephen Casarino, Esq.
Whit & Williams, LLP
824 Market Street - suite 902
Wilmington, DE 19899-0709

　　　/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Attorney for Plaintiff
Dandeson Panda