IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 31st day of October, 2007, Defendant Delaware State University's Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Productions were served upon the following:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By:  /s/ *Marc S. Casarino*
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE  19899-0709
(302) 467-4520

Attorneys for Defendant *Delaware State University*

PHLDMS1 3718100v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire, do hereby certify that on this 31st day of October, 2007, Defendant Delaware State University's Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production and the Notice of Service were served upon the following via U.S. Mail:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By: /s/ *Marc S. Casarino*
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE  19899-0709
(302) 467-4520

Attorneys for Defendant *Delaware State University*

PHLDMS1 3718107v.1