IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 07-117-MPT |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and DANDESON PANDA, individually : | |
| and in his official capacity, : | |
| : | |
| Defendants. : | |

## JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff Tammy Hurd and Defendants, Delaware State University and Dandeson Panda, by and through their respective counsel, jointly stipulate to extend the time to complete discovery, and respectfully request that the Court adopt such amendment to this joint stipulation.

In support of this Motion, the parties state the following:

1. During the course of discovery it has come to the attention of the parties that they will need to request a protective order to protect the distribution of confidential information in this case. Said Order is being drafted and will be filed with the Court for it's approval.

2. The need for a protective order has delayed taking the deposition of the Plaintiff and the Defendants.

3. In accordance with the Court's scheduling Order dated June 26, 2007, discovery in this case is scheduled to conclude on December 4, 2007.

4. The parties agree that it will be difficult to conclude discovery by December 4, 2007 and therefore respectfully request that discovery in this matter be extended until April 30, 2008. The parties agree that an extension of the discovery deadline should not impact or change any

other dates previously set forth in the Court's scheduling order.

WHEREFORE, Plaintiff Tammy Hurd and Defendants Delaware State University and Dandeson Panda respectfully move the Court to amend the Scheduling Order to change the date for completion of discovery from December 4, 2007 to April 30, 2008.

| **YOUNG, MALMBERG & HOWARD** | **RICHARD R. WIER, JR., P.A.** |
|---|---|
| /s/Ronald George Poliquin | /s/Richard R. Wier, Jr. |
| Ronald George Poliquin (#4447) | Richard R. Wier, Jr. (#716) |
| 30 The Green | Two Mill Road - Suite 200 |
| Dover, DE 19901 | Wilmington, DE 19806 |
| (302)672-5600 | (302)888-3222 |
| *Attorney for Plaintiff* | *Attorney for Defendant - Dandeson Panda* |

**WHITE & WILLIAMS, LLP**

/s/ Marc Stephen Casarino
Marc Stephen Casarino (#3613)
824 North Market Street - Suite 902
PO Box 709
Wilmington, DE 19899-0709
(302)467-4520
*Attorney for Defendant - Delaware State University*

Dated November 19, 2007

IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v : | C.A. No.: 07-117-MPT |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and DANDESON PANDA, individually : | |
| and in his official capacity, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon the joint stipulation of the parties and for good cause shown, the time in which to extend discovery is amended as hereby set:

Discovery deadline April 30, 2008.

_____
Judge Mary Pat Thynge