IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 07-117 MPT |
| v. : | |
| : | |
| DELAWARE STATE UNIVERSITY and : | |
| DANDESON PANDA, individually and in : | |
| his official capacity, : | |
| : | |
| Defendants. : | |

## JOINT PROPOSED PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 37(b), the parties hereby agree and stipulate that this Joint Proposed Protective Order ("Protective Order") will control the use and dissemination of certain Confidential Information. This Protective Order consists of the following terms:

1.  Any Confidential Information disclosed pursuant to this agreement shall be available only to this Court, counsel of record and the members and employees of their firms. At the conclusion of the litigation, the parties shall promptly destroy or return all Confidential Information provided pursuant to the terms of this Protective Order.

2.  The only permitted use of any Confidential Information disclosed pursuant to this Protective Order will be for the litigation of this matter, specifically discovery, trial preparation, and trial. Counsel shall address the use and disclosure of all Confidential Information produced or disclosed pursuant to this Protective Order at trial in the Pretrial Order.

3.  Confidential Information disclosed pursuant to this agreement shall consist of any information for which there is a good faith basis to believe that the information contains nonpublic, confidential, proprietary, commercially sensitive, trade secret or other information for which there is a legitimate privacy interest or which would be otherwise privileged. Said

1

information includes, but is not limited to confidential separation and general release between Dr. Panda and Delaware State University, any file or contents of any file generated by Delaware State University investigation into any allegations involving Dr. Panda, Dr. Panda's personnel file, any information regarding Dr. Panda's separation from Delaware State University.

4. All Confidential Information disclosed under this Protective Order shall be stamped with the legend "Confidential Information" and shall note the applicability of this Protective Order at the time of disclosure. Inadvertent failure to designate materials as Confidential Information at the time of disclosure may be remedied by supplemental written notice. If such notice is given, all Confidential Information so designated shall be fully subject to this Protective Order from the date such notice is received as if they had been initially designated as Confidential Information.

5. Any papers containing Confidential Information subject to this Protective Order which a party chooses to file with the Court shall be filed under seal with a legend that identifies this Protective Order.

6. Should any inadvertent or unauthorized disclosure occur, counsel hereby agree to immediately take any and all necessary steps to remedy such unauthorized disclosures. Counsel shall notify opposing counsel of the inadvertent or unauthorized disclosure along with the steps taken to remedy same.

7. If any party seeks to designate something as Confidential Information which is outside of the defined scope of Confidential Information set forth in paragraph 3 above, if the parties are not first able to reach agreement, the party seeking the designation shall petition the Court to have it declared Confidential.

8.  Any individual who shall be provided Confidential Information subject to this Protective Order shall be informed of the applicability of the Order and be bound by the same confidentiality restrictions contained therein.

Being duly sworn according to law, the parties hereby stipulate, depose, and state that the information contained herein is true, correct and constitutes the full and total agreement of the parties in the above-captioned matter.

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Attorney for
Dandeson Panda

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
Attorney for Plaintiff

/s/ Marc Stephen Casarino
Marc Stephen Casarino, Esq.
Whit & Williams, LLP
824 Market Street - suite 902
Wilmington, DE 19899-0709
Attorney for Defendant
Delaware State University

Dated: November 27, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
THE HONORABLE MARY PAT THYNGE