**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TAMMY HURD,                                    :
                                              :
        Plaintiff,                            :
                                              :
        v.                                    :        C.A. No. 07-117
                                              :
DELAWARE STATE UNIVERSITY                      :
and DANDESON PANDA, individually               :
and in his official capacity,                  :
                                              :
        Defendants.                           :

## CERTIFICATE OF SERVICE

I certify that on this 11th day of January 2008, I caused to be served one (1) copy

of the foregoing Plaintiff's Responses to Defendant Delaware State University's First Set

of Requests for Production of Documents and Plaintiff's Responses to Defendant

Delaware State University's First Set of Interrogatories Directed to Plaintiff on the

following party via fax:

Marc S. Casarino
White and Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 1899-0709
*Fax:  302-467-4550*

                        **YOUNG, MALMBERG & HOWARD, P.A.**


                        /s/ Ronald G. Poliquin
                        Ronald G. Poliquin, Esquire
                        I.D. No. 4447
                        30 The Green
                        Dover, DE 19901
                        (302) 672-5600
                        *Attorney for Plaintiff*