## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of January 2008, I caused to be served one (1) copy of the foregoing Plaintiff's Responses to Defendant Panda's First Set of Requests for Production of Documents and Plaintiff's Responses to Defendant Panda's First Set of Interrogatories Directed to Plaintiff on the following party via fax:

Richard R. Wier, Jr.
Two Mill Road, Suite 200
Wilmington, DE 19806
*Fax: 302-888-3225*

                                                          **YOUNG, MALMBERG & HOWARD, P.A.**

                                                          /s/ Ronald G. Poliquin
                                                          Ronald G. Poliquin, Esquire
                                                          I.D. No. 4447
                                                          30 The Green
                                                          Dover, DE 19901
                                                          (302) 672-5600
                                                          *Attorney for Plaintiff*