IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of plaintiff, Tammy Hurd at 10:00 a.m. on January 24, 2008 at the law office of Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901.

WHITE AND WILLIAMS LLP

By: *[signature: Marc S. Casarino]*

**MARC S. CASARINO (#3613)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4520
casarinom@whiteandwilliams.com
*Attorney for Defendant, Delaware State University*

Dated: January 16, 2008

cc:   Corbett & Wilcox

PHLDMS1 3872400v.1