IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF RECORDS DEPOSITION

TO:

Ronald G. Poliquin, Esquire            Richard R. Wier, Jr., Esquire
Young, Malmberg & Howard, P.A.         Two Mill Road, Suite 200
30 The Green                            Wilmington, DE 19806
Dover, DE 19901

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of Records Custodian for Patricia Guarriello,* Delaware Technical and Community College** and the following present or past employers:***  Dippold Marble and Granite, ING Direct, Dover Downs, Ruby Tuesdays, Video Scene and Gulliver's Travel Agency Incorporated on *Monday, February 4, 2008* beginning at 10 a.m. in the offices of **White and Williams, LLP, 824 North Market Street, Suite 902, Wilmington, Delaware 19801**.

DUCES TECUM:

\* **Copies of all medical records for Tammy Hurd f/k/a Tammy Kent or Tammy Soderquist**

\*\* **Copies of the entire student file for Tammy Hurd f/k/a Tammy Kent or Tammy Soderquist.**

PHLDMS1 3878457v.1

-2-

**\*\*\*Copies of the entire personnel file, including, but not limited to, all disciplinary actions, complaints, sexual harassment allegations and/or other documents referencing plaintiff, Tammy Hurd f/k/a Tammy Kent or Tammy Soderquist.**

\* *PLEASE NOTE: Personal appearance has been waived if the requested records and affidavit of substitute compliance are received in this office prior to the date of the scheduled deposition*

**WHITE AND WILLIAMS LLP**

By:     /s/ Marc S. Casarino
**MARC S. CASARINO (#3613)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4520
casarinom@whiteandwilliams.com
*Attorney for Defendant, Delaware State University*

Dated: January 21, 2008

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
|         Plaintiff, | : |
| v. | : |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | :    C.A. No. 07-117 |
|         Defendants. | : |

## **CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire do hereby certify that on this 21st day of January, 2008, copies of the foregoing **Notice of Records Deposition** was served upon the following via E-Filing and/or U.S. Mail:

Ronald G. Poliquin, Esquire  
Young, Malmberg & Howard, P.A.  
30 The Green  
Dover, DE 19901

Richard R. Wier, Jr., Esquire  
Two Mill Road, Suite 200  
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By:    /s/ Marc S. Casarino  
**MARC S. CASARINO (#3613)**  
824 North Market Street, Suite 902  
P.O. Box 709  
Wilmington, DE 19899-0709  
(302) 467-4520  
casarinom@whiteandwilliams.com  
*Attorney for Defendant, Delaware State University*

Dated: January 21, 2008