# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 22nd day of January, 2008, Defendant Delaware State University's Second Supplemental Responses to Plaintiff's First Set of Request for Production were served upon the following via U.S. Mail:

Ronald G. Poliquin, Esquire  
Young, Malmberg & Howard, P.A.  
30 The Green  
Dover, DE 19901

Richard R. Wier, Jr., Esquire  
Two Mill Road, Suite 200  
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By:   /s/ *Marc S. Casarino*  
MARC S. CASARINO (#3613)  
824 North Market Street, Suite 902  
P. O. Box 709  
Wilmington, DE  19899-0709  
(302) 467-4520

Attorneys for Defendant *Delaware State University*

PHLDMS1 3886171v.1