**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of January 2008, I caused to be served one (1) copy

of the foregoing Plaintiff's First Request for Production of Documents Directed to

Dandeson Panda on the following party via United States Mail, postage prepaid:

> Richard R. Weir, Jr.
> Two Mill Road
> Suite 200
> Wilmington, DE 19806

> **YOUNG, MALMBERG & HOWARD, P.A.**


> /s/ Ronald G. Poliquin
> Ronald G. Poliquin, Esquire
> 30 The Green
> Dover, DE  19901
> Supreme Court I.D. 4447
> 302-672-5600
> *Attorney for Plaintiff*