## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of January 2008, I caused to be served one (1) copy of the foregoing Plaintiff's First Request for Admissions Directed to Dandeson Panda on the following party via United States Mail, postage prepaid:

> Richard R. Weir, Jr.
> Two Mill Road
> Suite 200
> Wilmington, DE 19806

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE  19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*