IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF RECORDS DEPOSITION**

TO:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of Records Custodian for Russell P. Widder, LCSW on *Wednesday, February 27 2008* beginning at 10 a.m. in the offices of **White and Williams, LLP, 824 North Market Street, Suite 902, Wilmington, Delaware 19801**.

DUCES TECUM:

**Copies of all medical records for Tammy Hurd f/k/a Tammy Kent or Tammy Soderquist**

*   *PLEASE NOTE: Personal appearance has been waived if the requested records and affidavit of substitute compliance are received in this office prior to the date of the scheduled deposition*

PHLDMS1 4017718v.1

-2-

**WHITE AND WILLIAMS LLP**

By:     /s/ Marc S. Casarino
**MARC S. CASARINO (#3613)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4520
casarinom@whiteandwilliams.com
*Attorney for Defendant, Delaware State University*

Dated: February 13, 2008

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 13th day of February, 2008, copies of the foregoing **Notice of Records Deposition** was served upon the following via E-Filing and/or U.S. Mail:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
**MARC S. CASARINO (#3613)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4520
casarinom@whiteandwilliams.com
*Attorney for Defendant, Delaware State University*

Dated: February 13, 2008