IN THE DISTRICT COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

TAMMY HURD,

    Plaintiff,

v.

DELAWARE STATE UNIVERSITY and
DANDESON PANDA, individually and in
his official capacity,

    Defendants.

C.A. No.: 07-117

## NOTICE OF SERVICE

I, Richard R. Wier, Jr., certify that on February 21, 2008, Defendant Panda served upon Plaintiff a copy of Defendant Panda's First Request for Admissions, and Defendant Panda's Responses to Plaintiff's First Request for Documents Directed to Defendant Panda by first-class mail, postage prepaid.

Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Marc Stephen Casarino, Esq.
Whit & Williams, LLP
824 Market Street - suite 902
Wilmington, DE 19899-0709

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Attorney for Defendant
Dandeson Panda