**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of March 2008, I caused to be served one (1) copy of the foregoing Plaintiff's Responses to Defendant Delaware State University's Second Set of Requests for Production of Documents on the following party via United States Mail, postage prepaid:

Marc S. Casarino
White and Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

                                             **YOUNG, MALMBERG & HOWARD, P.A.**

                                             /s/ Ronald G. Poliquin
                                             Ronald G. Poliquin, Esquire
                                             I.D. No. 4447
                                             30 The Green
                                             Dover, DE 19901
                                             (302) 672-5600
                                             *Attorney for Plaintiff*