IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

**TO:**  Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the deposition of Dandeson Panda has been scheduled for April 8, 2008 at 1:00 pm.  The deposition of Allen Sessoms has been scheduled for April 17, 2008 at 10:00 am.  The deposition of Carlos M. Rodriguez has been scheduled for April 17, 2008 at 1:00 pm.  The deposition of Mark Farley has been scheduled for April 18, 2008 at 1:00 pm.  The deposition of Nanda Viswanathan has been scheduled for April 28, 2008 at 1:00 pm.

All of the above depositions will take place at the Law Offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, Delaware 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated:  March 27, 2008
cc:      Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-117 |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and DANDESON PANDA, individually : | |
| and in his official capacity, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of March 2008, I caused to be served one (1) copy of the foregoing Notice of Depositions on the following parties via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

                  **YOUNG, MALMBERG & HOWARD, P.A.**

                  /s/ Ronald G. Poliquin
                  Ronald G. Poliquin, Esquire
                  I.D. No. 4447
                  30 The Green
                  Dover, Delaware 19901
                  302-672-5600
                  *Attorney for Plaintiff*