IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 07-117 |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| Defendants. | : |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Dandeson Panda will take the deposition of Tammy Hurd on Thursday, April 3, 2008, beginning at 9:30 a.m. The deposition shall continue thereafter until termination by Defendants. The deposition will take place at the Law Office of Richard R. Wier, Jr., P.A. at Two Mill Road Wilmington, DE 19806 and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

RICHARD R. WIER, JR., P.A.

__/s/Richard R. Wier, Jr._____
Richard R. Wier, Jr.(#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222

Dated: April 2, 2008