IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITIONS

**TO:**   Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the deposition of Mark Farley has been scheduled for April 18, 2008 at 2:00 pm. The deposition of Dr. Carlos Rodriguez has been scheduled for April 22, 2008 at 2:00 pm. The deposition of Dr. Allen Sessoms has been scheduled for April 23, 2008 at 2:00 pm. The deposition of Dr. Dandeson Panda has been scheduled for April 25, 2008 at 2:00 pm. The deposition of Dr. Nanda Viswanathan has been scheduled for May 7, 2008 at 2:00 pm.

The above depositions will take place at the Law Offices of Young, Malmberg &

Howard, P.A., 30 The Green, Dover, Delaware 19901.

        **YOUNG, MALMBERG & HOWARD, P.A.**

        /s/ Ronald G. Poliquin
        Ronald G. Poliquin, Esquire
        I.D. No. 4447
        30 The Green
        Dover, Delaware 19901
        302-672-5600
        *Attorney for Plaintiff*

Dated:  April 14, 2008
cc:     Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of April 2008, I caused to be served one (1) copy of the foregoing Amended Notice of Depositions on the following parties via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

                              **YOUNG, MALMBERG & HOWARD, P.A.**

                              /s/ Ronald G. Poliquin
                              Ronald G. Poliquin, Esquire
                              I.D. No. 4447
                              30 The Green
                              Dover, Delaware 19901
                              302-672-5600
                              *Attorney for Plaintiff*