MAGISTRATE JUDGE, MARY PAT THYNGE
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR 11  PM 1:44



$00.41
04/08/2008
US POSTAGE

Records Custodian
Dippold Marble and Granite
314 Bay West Blvd.
New Castle, DE  19720-5195

NIXIE       197  CE  1         25 04/10/08
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 19801              *1527-16788-08-40



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-117-MPT |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : | |
| Defendants. | : | |

### ORDER

At Wilmington, this **7th** day of **April, 2008**.

IT IS ORDERED that a Rule to Show Cause hearing is scheduled for **Wednesday, April 16, 2008 at 9:30 a.m.** in courtroom 2A on the second floor of the Federal Courthouse.  The purpose of the hearing is for Dippold Marble and Granite to show cause why sanctions should not issued, such as contempt of court, requiring Dippold to pay defense attorneys' fees and costs related to the subpoena and the motion for documents and other appropriate relief for ignoring a validly issued subpoena at the request of White and Williams, LLP for the entire personnel file of Tammy Hurd f/k/a/ Tammy Kent or Tammy Soderquist, an employee or former employee of Dippold.

Should Dippold Marble and Granite provide the requested information according to the subpoena to White and Williams, LLP on or before **Monday, April 14, 2008**, it shall advise the court in writing and the hearing may be cancelled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE