# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-117 |
| | : |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Jennifer Hurvitz Burbine, Esquire on behalf of defendants, Delaware State University.

**WHITE AND WILLIAMS LLP**

*/s/ Jennifer Hurvitz Burbine*

MARC S. CASARINO (#3613)
JENNIFER HURVITZ BURBINE (#4416)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531

Attorney for Defendants, Delaware State University

Dated: April 14, 2008

PHLDMS1 4177264v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-117 |
| : | |
| DELAWARE STATE UNIVERSITY : | |
| and DANDESON PANDA, individually : | |
| and in his official capacity, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Jennifer Hurvitz Burbine, Esquire, do hereby certify that on this 14th day of April, 2008, a copy of the foregoing *Entry of Appearance* were served upon the following via Electronic Filing:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

**WHITE AND WILLIAMS LLP**

*Jennifer Hurvitz Burbine*

MARC S. CASARINO (#3613)
JENNIFER HURVITZ BURBINE (#4416)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531

Attorney for Defendants, Delaware State University