IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : | C.A. No. 07-117 |
| Defendants. | : | |

**AFFIDAVIT IN SUPPORT OF FEE APPLICATION OF
DEFENDANT DELAWARE STATE UNIVERSITY**

I, Jennifer Hurvitz Burbine, having been duly sworn do hereby say upon my oath the following:

1. Defendant, Delaware State University ("DSU"), has retained White and Williams LLP as counsel in this action.

2. On April 7, 2008, this Court issued an Order to Show Cause regarding non-party Dippold Marble and Granite's ("Dippold") failure to respond to the subpoena of White and Williams LLP. The Court scheduled a Rule to Show Cause hearing for April 16, 2008 at 9:30 a.m., the purpose of which is for Dippold to show cause why sanctions should not be issued, such as contempt of court, for ignoring DSU's subpoena for plaintiff's personnel file. The Order also provided that White and Williams LLP could seek recovery of its attorney's fees and costs associated with the subpoena and the motion for documents.

3. A paralegal at White and Williams LLP spent .9 hours on the preparation of the subpoena to Dippold regarding the production of documents.

4. The paralegal also spent 1.7 hours on the follow-up associated with the subpoena request, including written and oral communications with a representative of Dippold.

5.  I have worked 3.3 hours on the preparation of the April 2, 2008 position letter to the Court regarding Dippold's failure to respond to DSU's subpoena for documents.

6.  I estimate that the Rule to Show Cause Hearing on April 16, 2008 will take approximately 1.0 additional hours of my time.

7.  Accordingly, I will have worked a total of 4.3 hours on the enforcement of DSU's subpoena. The paralegal has worked a total of 2.6 hours in connection with this matter.

8.  My hourly rate is $200.00. The paralegal's hourly rate is $95.00.

9.  Therefore, I request that this Honorable Court award attorney's fees of $1,107.00 (4.3 hours x $200/hour and 2.6 hours x $95/hour).

10. I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

WHITE AND WILLIAMS LLP

*Jennifer Hurvitz Burbine*

_____
MARC S. CASARINO (#3613)
JENNIFER HURVITZ BURBINE(#4416)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: 302-467-4520
Facsimile: 302-467-4550
Attorneys for Defendant *Delaware State University*

Dated: April 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND, NOW, _____, 2008, it is hereby ORDERED that Delaware State University's ("DSU") Request for Enforcement of Subpoena and for Contempt Against Non-Party Dippold Marble and Granite ("Dippold") is GRANTED. IT IS FURTHER ORDERED that DSU's Application for Attorney's Fees is GRANTED.  IT IS SO ORDERED as follows:

   (a) Dippold is hereby held to be in CONTEMPT of this Court for its failure to comply with DSU's January 21, 2008 subpoena ("Subpoena"), and shall pay as a fine $_____;

   (b) Dippold shall, no later than April \_\_, 2008, provide all documents sought by DSU's Subpoena; and

   (c) Dippold shall pay to DSU _____ in attorney's fees in connection with the enforcement of the subpoena, such payment shall be by check made payable to "White and Williams LLP" and mailed within ten (10) days of this Order to the attention of Marc Casarino, Esquire, 824 N. Market Street, Suite 902, Wilmington, Delaware 19801.

_____
The Honorable Mary Pat Thynge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DELAWARE STATE UNIVERSITY and | :   C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : |
| official capacity, | : |
| | : |
| Defendants. | : |

**CERTIFICATION OF SERVICE**

I, Jennifer Hurvitz Burbine, Esquire, do hereby certify that on this 14th day of April, 2008, the foregoing Affidavit in Support of Fee Application of Defendant, Delaware State University, was delivered by electronic filing and/or regular U.S. mail, postage prepaid, to the following individuals:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

Records Custodian
Dippold Marble and Granite
314 Bay West Boulevard
New Castle, DE 19720
*Via U.S. mail and facsimile*

WHITE AND WILLIAMS LLP

*Jennifer Hurvitz Burbine*
_____
**MARC S. CASARINO (#3613)**
**JENNIFER HURVITZ BURBINE(#4416)**
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: 302-467-4520
Facsimile: 302-467-4550
Attorneys for Defendant *Delaware State University*