# Elliott Greenleaf

www.elliottgreenleaf.com
A Professional Corporation

1000 West Street-Suite 1440
P.O. Box 2327
Wilmington, Delaware 19899

Phone: (866) 674-9190 • Fax: (302) 656-3714

April 15, 2008

The Honorable Mary Pat Thynge
U.S. Magistrate
United States District Court
   for the District of Delaware
3124 J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

       Re:   **Hurd v. Delaware State University**
              **C.A. No. 07-117 (MPT)**

Dear Judge Thynge:

    I write regarding the Rule to Show Cause hearing related to non-party Dippold Marble & Granite in the above-reference case. That hearing is scheduled for tomorrow, April 16 at 9:30 a.m.

    I personally learned of this issue and the underlying subpoena just yesterday evening. I can assure this Court that Dippold Marble & Granite will comply with that subpoena within one week from today.

    Accordingly, I respectfully ask this Court to continue the Rule to Show Cause hearing. I have spoken to Delaware State University's counsel and they do not oppose a continuance of tomorrow's hearing provided that Dippold Marble & Granite produce the sought documents within a week.

                                        Respectfully,

                                        William M. Kelleher

WMK/km
cc:   Mark Casarino, Esquire
       Jennifer Burbine, Esquire
       Megan Dippold