IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-117-MPT |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | |
| DANDESON PANDA, individually and in | : | |
| his official capacity, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington, this **15th** day of **April**, **2008**.

Pursuant to the Order of April 7, 2008, a Rule to Show Cause hearing was scheduled for Wednesday, April 16, 2008 at 9:30 a.m., the purpose of which was to determine whether sanctions should be issued against Dippold Marble & Granite ("Dippold") for allegedly ignoring a subpoena issued at the request of White and Williams, LLP for the entire personnel file of Tammy Hurd f/k/a/ Tammy Kent or Tammy Soderquist, an employee or former employee of Dippold.  On April 15, 2008, the court received a letter from William M. Kelleher, Esq., who appears to be counsel for Dippold requesting that the Rule to Show Cause hearing be continued on the condition that Dippold produce the requested documents within a week from today.  The letter further advised that counsel for defendants do not oppose the continuance provided that the requested information be produced within a week.  Therefore,

IT IS ORDERED that the Rule to Show Cause hearing  scheduled for

Wednesday, April 16, 2008 is continued.

      IT IS FURTHER ORDERED that Dippold Marble & Granite shall produce the requested information in its possession, which includes the entire personnel file of Tammy Hurd f/k/a Tammy Kent or Tammy Soderquist, an employee or former employee of Dippold on or before **Tuesday, April 22, 2008**, or otherwise face court imposed sanctions in addition to those requested by defendants for violation of this Order.

      /s/ Mary Pat Thynge  
      UNITED STATES MAGISTRATE JUDGE