

www.elliottgreenleaf.com
A Professional Corporation

1000 West Street-Suite 1440
P.O. Box 2327
Wilmington, Delaware 19899

Phone: (866) 674-9190 • Fax: (302) 656-3714

April 18, 2008

Mark S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

       Re:    **Tammy Hurd v. Delaware State University
                and Dandeson Panda
                C.A. No. 07-117 (MPT)**

Dear Mark:

    Attached are the records sought in Delaware State's subpoena on Dippold Marble & Granite. Please contact me with any questions.

                                                    Sincerely,

                                                    William M. Kelleher

WMK/km
Enclosures
cc:    All Counsel of Record (w/enclosure)
       Honorable Mary Pat Thynge (w/out enclosure)
       Megan Dippold