IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITION

**TO:**  Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that the deposition of Dr. Viswanathan has been rescheduled for May 16, 2008 at 1:00 pm. The deposition of Ms. Scott-Cheatham has been scheduled for May 16, 2008 at 3:00 pm. Both of the above depositions will take place at the Law Offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, Delaware 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated: May 2, 2008
cc:   Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMMY HURD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A. No. 07-117 |
| | : |
| DELAWARE STATE UNIVERSITY | : |
| and DANDESON PANDA, individually | : |
| and in his official capacity, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of May 2008, I caused to be served one (1) copy of the foregoing Amended Notice of Deposition on the following parties via United States Mail, postage prepaid:

Marc S. Casarino
White & Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Richard R. Wier, Jr.
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

        **YOUNG, MALMBERG & HOWARD, P.A.**

        /s/ Ronald G. Poliquin
        Ronald G. Poliquin, Esquire
        I.D. No. 4447
        30 The Green
        Dover, Delaware 19901
        302-672-5600
        *Attorney for Plaintiff*