### IN THE UNITED STATES DISTRICT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TAMMY HURD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 07-117-MPTLY** |
| **v.** | : | |
| | : | |
| **DELAWARE STATE UNIVERSITY** | : | |
| **and DANDESON PANDA, individually** | : | |
| **and in his official capacity,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants.** | : | |

### DEFENDANT DANDESON PANDA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY'S MOTION FOR SUMMARY JUDGMENT

Defendant Dandeson Panda, individually and in his official capacity, respectfully move, through undersigned counsel, pursuant to Fed. R. Civ. P. 56, for summary judgment on Plaintiff's Complaint. The grounds for this Motion are set forth in the Opening Brief in Support of Defendants' Motion for Summary Judgment, which is filed separately.

Respectfully submitted,

*/s/ Richard R. Wier, Jr.*
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806
(302) 888-3222
*Attorney for Defendant Dandeson Panda*

DATE: May 30, 2008