IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 07-117 <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANT DELAWARE STATE UNIVERSITY

Defendant, Delaware State University, by and through its counsel, White and Williams LLP, hereby moves this Honorable Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of Delaware State University. In support of its Motion, Delaware State University hereby adopts and restates as though fully set forth herein the contents of its Opening Brief which was filed contemporaneously herewith pursuant to Local Rule 7.1.2.

WHEREFORE, Delaware State University respectfully requests that this Honorable Court enter an Order granting summary judgment in favor of Delaware State University as to all Counts of the Plaintiff's Complaint and award to Delaware State University all costs, expenses and any other relief that the Court deems appropriate.

Respectfully submitted by:

**WHITE AND WILLIAMS LLP**

/s/ Marc S. Casarino

**MARC S. CASARINO (#3613)**
**JENNIFER HURVITZ BURBINE(#4416)**
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: 302-467-4520
Facsimile: 302-467-4550
Attorneys for Defendant *Delaware State University*

Dated: May 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD,<br><br>          Plaintiff,<br><br>v.<br><br>DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity,<br><br>          Defendants. | C.A. No. 07-117 |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, do hereby certify that on this 30th day of May, 2008, Defendant Delaware State University's Motion for Summary Judgment was served upon the following via U.S. Mail:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

          WHITE AND WILLIAMS LLP

By:   /s/ *Marc S. Casarino*
       MARC S. CASARINO (#3613)
       824 North Market Street, Suite 902
       P. O. Box 709
       Wilmington, DE 19899-0709
       (302) 467-4520

       Attorneys for Defendant *Delaware State University*

PHLDMS1 4318656v.1