IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-117 |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and Dandeson PANDA, individually | : | |
| and in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION FOR EXTENSION OF TIME

1. The parties to the above-referenced matter hereby stipulate and agree that the Plaintiff's Answer to the Defendants' Motions for Summary Judgment shall be extended to June 23, 2008.

2. The reasons for the extension are the following:

    a) Plaintiff's counsel has a Chancery Court trial this week which has not been resolved.

    b) Plaintiff must answer two motions for summary judgment.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No.: 4447
Young, Malmberg & Howard, P.A
30 The Green
Dover, DE 19901
302-672-5600
*Attorney for Plaintiff Tammy Hurd*

/s/ Marc S. Casarino
Marc S. Casarino, Esquire
I.D. No.: 3613
White & Williams LLP
824 N. Market St., Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4520
*Attorney for Defendant DSU*

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr., Esquire
I.D. No. 716
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
302-888-3222
*Attorney for Defendant Dandeson Panda*

AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this __18__ day of __June__ 2008. *Approval may effect the pretrial and trial dates*

_____
The Honorable Mary Pat Thynge