Law Offices of
## YOUNG, MALMBERG & HOWARD, P.A.
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600
Fax: (302) 674-0549

**E-FILED**

June 25, 2008

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 2124
Lockbox 8
Wilmington, DE 19801

   RE: **Hurd v. Delaware State University and Dandeson Panda**
      1:07-cv-00117-MPT

Dear Magistrate Thynge

  I am writing to apologize to the Court and Counsel for not filing my answering briefs by June 23, 2008. Unfortunately, my paralegal has been out for surgery this week and I had difficulty e-filing the documents because of their size. In addition, I am currently out of work because of sickness. I anticipate I will be back in work tomorrow to ensure everything is properly e-filed. Thank you for consideration and understanding in this matter.


/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiff Tammy Hurd*

cc: Marc Casarino, Esquire
   Richard Weir, Esquire