**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DELAWARE STATE UNIVERSITY and : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his : | |
| official capacity, : | |
| : | |
| Defendants. : | |

**NOTICE OF COMPLETION OF BRIEFING**
**AND REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.4**

PLEASE TAKE NOTICE that defendant Delaware State University ("**DSU**"), by and through its undersigned counsel, hereby notifies the Court that briefing on Defendant's Motion for Summary Judgment (the "**Motion**") is complete. The following filings relate to the Motion:

1. The Motion itself was filed on May 30, 2008 [D.I. 75];

2. Opening Brief in Support of Motion for Summary Judgment by DSU was filed May 30, 2008 [D.I. 76];

3. Answering Brief in Opposition to DSU's Motion and Opening Brief for Summary Judgment was filed June 24, 2008 [D.I. 82]; and

4. Reply Brief in Support of Motion for Summary Judgment by DSU was filed July 3, 2008 [D.I. 86].

**WHEREFORE**, the parties have completed the briefing on the Motion and the Motion is ripe for disposition. DSU respectfully request that oral argument be scheduled for the motion at any time deemed appropriate by the Court.

                                                  Respectfully submitted,

Dated:  July 3, 2008                               **WHITE AND WILLIAMS LLP**,

                                                  _____
                                                  Marc S. Casarino (No. 3613)
                                                  824 N. Market Street, Suite 902
                                                  Wilmington, DE 19801
                                                  (302) 467-4520

                                                  **Attorneys for Defendant Delaware State University**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY and | : | C.A. No. 07-117 |
| DANDESON PANDA, individually and in his | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 3rd day of July, 2008, copies of the foregoing *Notice of Completion of Briefing and Request for Oral Argument Pursuant to Local Rule 7.1.4* was served upon the following via U.S. Mail:

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 3, 2008

/s/ Marc S. Casarino
Marc S. Casarino (#3613)