IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TAMMY HURD,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-117 |
| v. | : | |
| | : | |
| **DELAWARE STATE UNIVERSITY** | : | |
| **and DANDESON PANDA, individually** | : | |
| **and in his official capacity,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW

Now comes Richard R. Wier, Jr., Esq., counsel of record for Daneson Panda, who moves for an Order permitting his withdrawal. The grounds for this motion are as follows:

1. Defendant entered into a fee agreement to retain Richard R. Wier, Jr., Esq.and his firm to represent him in the above captioned action.

2. Defendant is in material breach of the fee agreement . He has continued to refuse to cooperate, has refused to return repeated phone calls to him, has refused to honor the fee agreement which is now in default by over $30,000 and has refused to accept a Certified Letter which was returned Unclaimed on August 4, 2008. *See* Exhibit A.

3. As of July 28, 2008, Defendant had an unpaid balance of approximately thirty thousand dollars.

4. Despite repeated efforts to reach Defendant to make arrangements for the payment of his fees and retainer Defendant has failed to respond to letters and calls.

5. When counsel last spoke with Defendant Panda he was in Africa and could not ensure

that the balance or additional retainer would be coming forthwith. He hung up and his family professed to not be able to contact him or to tell counsel when he would return to the States.

6. He was advised by a certified letter that if the balance and an additional retainer was not immediately received then counsel would be forced to file a motion to withdraw.

7. Continued representation of Defendant creates an inherent conflict. Counsel is and will be in an adversarial relationship with the Defendant.

8. Counsel does not believe that Defendant will be prejudiced by this withdrawal as all briefing on the motions for summary judgment have been completed.

**WHEREFORE,** Counsel seeks an Order permitting his withdrawal as counsel of record.

Respectfully submitted,

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19801
(302)888-3222

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAMMY HURD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-117 |
| v. | : | |
| | : | |
| DELAWARE STATE UNIVERSITY | : | |
| and DANDESON PANDA, individually | : | |
| and in his official capacity, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## ORDER

Upon presentation and consideration of the Motion to Withdraw filed by Richard R. Wier, Jr. Esq. ( #716);

IT IS ORDERED this _____ day of _____ 2008 that:

1. The Motion is GRANTED;

2. Richard R. Wier, Jr., Esq. and his Firm are withdrawn as counsel of record for Defendant Dandeson Panda.

3. Richard R. Wier, Jr. P.A. shall send a copy of this Order to Defendant Panda by Certified Mail/Return Receipt Requested.

                                         _____
                                         The Honorable Mary Pat Thygne
                                         United States Magistrate
                                         District Court for the District of Delaware

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Danderson Panda
700 Riverside Road
Salisbury, MD 21801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7006 0810 0006 3747 5358
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RICHARD R. WIER, JR., P.A.**

ATTORNEYS AT LAW

TWO MILL ROAD • SUITE 200
WILMINGTON, DELAWARE 19806

7006 0810 0006 3747 5358

Dr. Dandeson Panda
700 Riverside Road
Salisbury, MD 21801

C-18

NIXIE        212    5C    1            08    07/30/08

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 19806218450          *1127-02404-00-34*

2160185%060018