IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-117-MPT |
| : | |
| DELAWARE STATE UNIVERSITY and : | |
| DANDESON PANDA, individually and in : | |
| his official capacity, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, this **20th** day of **August**, 2008.

IT IS ORDERED that a hearing on Richard R. Wier, Jr., Esquire's motion to withdraw as counsel for defendant Dandeson Panda (D.I. 89) has been scheduled for **Friday, September 5, 2008 at 9:00 a.m.** The hearing shall be held a the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware in Judge Thynge's courtroom, Courtroom 2B.

IT IS FURTHER ORDERED that Mr. Wier shall send a copy of this Order to defendant Dandeson Panda, and provide the Court with a copy of that notice.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE