# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.\***

**MICHELE D. ALLEN\***

\*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

August 20, 2008

Via U.S. Mail and via e-mail
rpanda@netscape.com

Doctor Dandeson Panda
700 Riverside Road
Salisbury, MD 21801

   Re: *Hurd vs. Panda Delaware State Case*
      *Civil Action No.: 07-117-MPT*

Dear Dr. Panda:

  As you are aware from our previous discussions and as indicated in the Motion to Withdraw, which you received by certified mail on August 9, 2008, we have moved the Court to withdraw from this action. Please find enclosed/attached the Order from the Court scheduling the hearing for our firm's Motion to Withdraw.

  By copy of this letter, I am notifying the Court that I have communicated to you the scheduling of this hearing and provided you with the location, date and time of the hearing.

                Very truly yours,

                Richard R. Wier, Jr.

RRWJr.:/jmg

c. The Honorable Mary Pat Thynge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY HURD, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-117-MPT |
| DELAWARE STATE UNIVERSITY and DANDESON PANDA, individually and in his official capacity, | : |
| Defendants. | : |

## ORDER

At Wilmington, this **20th** day of **August, 2008**.

IT IS ORDERED that a hearing on Richard R. Wier, Jr., Esquire's motion to withdraw as counsel for defendant Dandeson Panda (D.I. 89) has been scheduled for **Friday, September 5, 2008 at 9:00 a.m.** The hearing shall be held a the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware in Judge Thynge's courtroom, Courtroom 2B.

IT IS FURTHER ORDERED that Mr. Wier shall send a copy of this Order to defendant Dandeson Panda, and provide the Court with a copy of that notice.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE